UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

EDWARD J. DALPE',

    Plaintiff,

v.

Civil Case No. 19-12809
Honorable Linda V. Parker

R.K. ARNOLD, JOHN G. STUMPF, and
RICHARD M. KOVACEVICH,

    Defendants.
_____/

# **OPINION AND ORDER REQUIRING PLAINTIFF TO FILE AMENDED COMPLAINT**

On September 26, 2019, Plaintiff filed this lawsuit against Defendant and an application to proceed in forma pauperis.

Federal Rule of Civil Procedure 8(a) requires that a complaint set forth a short and plain statement of the grounds upon which the court's jurisdiction depends, a short and plain statement of the claim showing that the pleader is entitled to relief, and a demand for judgment for the relief sought. A complaint must contain sufficient factual matter, that when accepted as true, "'state[s] a claim to relief that is plausible on its face.'" *Ashcroft v. Iqbal*, 556 U.S. 662, 678 (2009) (quoting *Bell Atl. Corp. v. Twombly*, 550 U.S. 555, 570 (2007)). A claim is facially plausible when a plaintiff pleads factual content that permits a court to

reasonably infer that the defendant is liable for the alleged misconduct. *Id*. (citing *Twombly*, 550 U.S. at 556).

Generally, a less stringent standard is applied when construing the allegations pleaded in a *pro se* complaint. *Haines v. Kerner*, 404 U.S. 519, 520-21, 92 S. Ct. 594, 596 (1972). Even when held to a less stringent standard, however, Plaintiff's Complaint fails to satisfy Rule 8.

Plaintiff's Complaint suggests that he is claiming wrongful foreclosure on property. He, however, fails to identify the property at issue, what conduct Defendants engaged that he believes is unlawful, how the conduct is unlawful, or when the conduct and/or foreclosure occurred. Absent such information, his pleading does not provide notice to Defendants of what he is alleging in this lawsuit.

Therefore, **within fourteen (14) days** of this Opinion and Order, Plaintiff shall file an amended complaint in compliance with Federal Rule of Civil Procedure Rule 8 or this action will be dismissed without prejudice.

**IT IS SO ORDERED**.

s/ Linda V. Parker
LINDA V. PARKER
U.S. DISTRICT JUDGE

Dated: September 26, 2019

I hereby certify that a copy of the foregoing document was mailed to counsel of record and/or pro se parties on this date, September 26, 2019, by electronic and/or U.S. First Class mail.

                                                                      s/ R. Loury  
                                                                      Case Manager