UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

EDWARD J. DALPE',

    Plaintiff,

v.

R.K. ARNOLD, JOHN G. STUMPF, and
RICHARD M. KOVACEVICH,

    Defendants.
_____/

Civil Case No. 19-12809
Honorable Linda V. Parker

## **OPINION AND ORDER DISMISSING COMPLAINT WITHOUT PREJUDICE**

On September 26, 2019, Plaintiff filed this lawsuit against Defendant and an application to proceed in forma pauperis. Because the Complaint failed to satisfy the requirements of Federal Rule of Civil Procedure 8(a), the Court entered an order on September 26, 2019, requiring Plaintiff to file an amended complaint within fourteen days. (ECF No. 4.) The Court warned Plaintiff that the failure to file an amended pleading would result in the action being dismissed without prejudice.

As of this date, Plaintiff has not filed an amended complaint.

Accordingly,

**IT IS ORDERED** that Plaintiff's Complaint is **DISMISSED WITHOUT**

**PREJUDICE**.

s/ Linda V. Parker  
LINDA V. PARKER  
U.S. DISTRICT JUDGE

Dated: October 22, 2019

I hereby certify that a copy of the foregoing document was mailed to counsel of record and/or pro se parties on this date, October 22, 2019, by electronic and/or U.S. First Class mail.

s/ R. Loury  
Case Manager